## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BROOK ARCHITECTURE, INC. | ) Judge Eugene R. Wedoff |
| | ) |
| Debtor and Debtor in Possession. | ) Case No. 08-24913 |
| | ) |
| | ) Hearing: 7/7/09 at 10:00 A.M. |

### AGREED ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL PURSUANT TO HARRIS NA'S CONSENT TO PURCHASE EQUIPMENT IN THE ORDINARY COURSE OF BUSINESS

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under 11 U.S.C. § 363 to authorize Debtor's use of cash collateral to purchase equipment from Lyon Financial in the ordinary course of business. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Sufficient notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

Debtor is authorized to use $13,170.00 of cash collateral, with consent of Harris, N.A. to purchase the computer equipment formerly leased under Lease # 600-0039870 and Lease #600-0059114 with Lyon Financial (d/b/a US Manifest

8

Funding Services) in the ordinary course of business.

AGREED: _____  _____
Forrest L. Ingram                    Daniel S. Rubin
Attorney for Debtor                  Attorney for Harris, N.A.

Dated: 7 JUL 2009

BY THE COURT

_____
The Honorable Eugene R. Wedoff
Bankruptcy Judge

This order was prepared by
FORREST L. INGRAM, P.C.