### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BROOK ARCHITECTURE, INC. ) | Judge Eugene R. Wedoff |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 08-24913 |
| ) | |
| ) | Hearing: 05/27/09 at 10:00 a.m. |

### ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION

THIS CAUSE coming on to be heard at the hearing on confirmation of the Debtor's Second Amended Plan of Reorganization dated April 20, 2009 (the "Plan"), copies of the Plan and Disclosure Statement as well as copies of this proposed Order having been transmitted to creditors and parties in interest; and the Court having determined after notice and a hearing that the Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1129,

IT IS HEREBY ORDERED as follows:

1. The Plan is hereby confirmed with the following modification.

Article V section 5.01, is modified to read as follows:

> CLASS II CLAIMS: The holder of the only Class II Claim, Harris Bank, N.A., to the extent its claim is allowed, will be paid 100% of the principal amount plus 6% interest, ***with $8,951.77 paid during the first month of the plan,*** and the rest of the payments completed by the end of 3rd year, unless the property securing the claim is sold, in which case the secured creditor's claims will be satisfied in full from the proceeds of the sale.

Article VIII, section 8.00, subsection (iv) is added as follows:

> (iv) Harris Bank, N.A. has agreed to forbear any action against Debtor's president and personal guarantor, RaMona Westbrook under the September 16, 2002 Guaranty, pursuant to agreement dated 4/24/2009, so long as timely payments are made by Brook Architecture to Harris N.A. as scheduled under the Chapter 11 Second Amended Plan submitted to the United States Bankruptcy Court, Northern District of Illinois, and as further modified by agreement between Harris N.A. and Brook Architecture on April 24, 2009. Upon completion of all timely payments under the plan, any and all liability of RaMona Westbrook to Harris Bank N.A. shall be released. If Brook Architecture sells the

secured property to satisfy its obligations under the Second Amended Plan, Harris is not obligated to release RaMona Westbrook from her guaranty or her liability under the September 16, 2002 Guaranty, unless Harris N.A. receives the amount of $40,000.00 from the sale of the secured property with credits given for any payments received by Harris N.A. under the Plan.

2. A post-confirmation status conference on the Plan is set for August 18, 2009, at 10:00 am.

Dated:   7 JUL 2009

BY THE COURT:

_____
The Honorable Eugene Wedoff
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

2