UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff
Hearing Date: 7/7/09

Bankruptcy Case No.: 08-24913
Adversary No.:

Title of Case: In re: Brook Architecture, Inc.

Brief Statement of Motion: Motion to Withdraw Debtor's Claim Objection

Names and Addresses of moving counsel: Forrest L. Ingram, Forrest L. Ingram, P.C., 79 W. Monroe, Ste 900, Chicago, IL 60603

Representing: Debtor

## ORDER

(1) Debtor's objection to Lyon Financial's claim (d/b/a US Bancorp Manifest Funding Services) is withdrawn, as it is mooted by the 7/7/09 Order Approving Settlement between Debtor and Lyon Financial.

/s/ Eugene R. Wedoff

6/11/99