IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOK ARCHITECTURE, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-24913 |
| | ) | |
| | ) | Hearing: 7/7/09 at 10:00 A.M. |

## ORDER APPROVING SETTLEMENT

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under Fed.R.Bankr.P. 9019 to approve the settlement between Debtor and Lyon Financial. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Sufficient notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

1. Debtor will purchase the equipment previously leased under agreements #600-0039870 and #600-0059114 for $13,170.00 pursuant to the terms of the parties' Purchase Agreement

2. Lyon's Claim No. 8 is reclassified as unsecured debt in the amount of $37,372.51.

3. Lyon objection to the Debtor's Second Amended Plan is withdrawn.

4. Lyon's vote is changed to accept the Debtor's Second Amended Plan.

9

5. Lyon will dismiss its state court action against RaMona Westbrook.

AGREED: _____
Forrest L. Ingram
Attorney for Debtor

Dated: **7 JUL 2009**

This order was prepared by
FORREST L. INGRAM, P.C.

_____
Debbie Devassy
Attorney for Lyon Financial

BY THE COURT

_____
The Honorable Eugene R. Wedoff
Bankruptcy Judge

10