**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOK ARCHITECTURE, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-24913 |
| | ) | |
| | ) | Hearing: 8/18/09 at 10:00 A.M. |

**NOTICE OF APPLICATION**

To:   See attached service list

PLEASE TAKE NOTICE that on **August 18, 2009 at 10:00 A.M.,** the undersigned will appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present Debtor's **APPLICATION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE,** a copy of which is enclosed herewith and served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Gautham Kaveti, an attorney, on my oath and subject to penalties of perjury, certify that I served a true and correct copy of the foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic notice or by U.S. Mail, as set forth on the attached service list, on the 27th day of June 2009.

/s/Gautham Kaveti

# SERVICE LIST

**BY ECF AND FAX:**

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Lyon Financial Services, Inc., d/b/a US Bancorp Manifest Funding Services**
c/o Alex Darcy
401 N. Michigan Ave., Suite 550
Chicago, IL 60611
adarcy@askounisdarcy.com, ddevassy@askounisdarcy.com

**Harris N.A.**
c/o Scott C. Frost
Statman Harris & Eyrich, LLC
200 West Madison, Ste. 3820
Chicago, Illinois 60606
sfrost@statmanharris.com, drizzuto@statmanharris.com, drubin@statmanharris.com

**Eskenazi, Farrell & Fodor, P.C.**
c/o Philip F. Torongo
222 W. Adams Street,
Suite 1800
Chicago, IL 60606
pft@steinrayharris.com

**VIA U.S. MAIL & Email**:

**Brook Architecture, Inc.**
2325 S. Michigan Ave.
Suite 300
Chicago, IL 60616
rwestbrook@brookarchitecture.com

**VIA U.S. MAIL**

| | |
|---|---|
| **200 West Partners LP** | **American Board of Preventive Med** |
| c/o Elizabeth D Sharp | 330 S. Wells, Ste. 1020 |
| 330 S Wells 706 | Chicago, IL 60606 |
| Chicago, IL 60606 | |

**AT&T**
P.O. Box 8100
Aurora, IL 60507-8100

**Bank of America**
PO Box 15710
Wilmington, DE 19886-5710

**Blue Cross Blue Shield**
PO Box 7344
Chicago, IL 60680-7344

**Chariot Messenger**
PO Box 8417
Chicago, IL 60680-8417

**Civcon**
2136 Glynwood Dyer Rd, unit 2
Lynwood, IL 60411

**Computer Laser**
6006 South Central Ave
Chicago, IL 60638

**DSR & Associates**
3913 N. Kedvale
Chicago, IL 60641

**FIA CARD SERVICES, NA/BANK OF AMERICA**
by American InfoSource LP as its agent
PO Box 248809
Oklahoma City, OK 73124-8809

**Hartford Fire Insurance Company**
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford, CT 06115

**HMS**
230 S. Westmore-Meyers Rd
Lombard, IL 60148

**IFC**
PO Box 2154
Bedford Park, IL 60499

**Jeanne Franks**
14741 S. Dorchester
Dolton, IL 60419

**Kristine Fallon and Assoc**
30 E. Adams, Ste. 1040
Chicago, IL 60603

**LaSalle Bank N.A.**
135 South LaSalle Street
Chicago, IL 60603

**Loop Telcom**
330 S. Wells
Chicago, IL 60606

**Mastergraphics**
PO Box 259508
Madison, WI 53725-9508

**McKay Landscape**
1417 North Dayton
Chicago, IL 60622

**Peter Krallitsch and Assoc.**
295 Rebecca St
Crystal Lake, IL 60014-3632

**Protech**
9 Cornell Dr
Lincolnshire, IL 60069-3222

**Quill**
PO Box 37600
Philadelphia, PA 19101-0600

**Royal Office**
PO Box 2403
Bedford Park, IL 60499-2403

3

**Sabo and Zahn**
401 N. Michigan Ave., Ste. 2050
Chicago, IL 60611

**Shen and Associates**
306 Forest Street
Winnetka, IL 60093

**Sommerset CPA**
Office Box 40368
Indianapolis, IN 46240-0368

**Steven E. Ray**
Stein Ray & Harris
222 W. Adams, Ste 1800
Chicago, IL 60606

**Terlena Westbrook**
128 Perry Lake Rd
Madison, MS 39110

**The Hartford**
PO Box 2907
Hartford, CT 06104-2907

**The IDM Group**
200 N. Michigan Ave., 2nd Floor
Chicago, IL 60601

**Zero Degrees Inc**
430 E 162nd St #526
South Holland IL 60473

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOK ARCHITECTURE, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-24913 |
| | ) | |
| | ) | Hearing: 8/18/09 at 10:00 A.M. |

**MOTION FOR FINAL DECREE**

The Debtor and Debtor in Possession BROOK ARCHITECTURE (the "Debtor"), by and through its attorneys at Forrest L. Ingram, P.C., and pursuant to 11 U.S.C. § 350(a), Fed.R.Bankr.P. 3022, and Local Rule 3022-1, hereby applies for entry of a final order and decree, closing this Chapter 11 case. In support of this Application, the Debtor states:

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are 11 U.S.C. § 350(a), Fed.R.Bankr.P. 3022 and Local Rule 3022-1.

3. The Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on September 19, 2008.

4. The Debtor's Second Amended Plan of Reorganization (the "Plan") was confirmed on July 7, 2009.

5. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

5

6. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by section 1101(2) of the bankruptcy code." In re Wade, 991 F.2d 402, 407 n.2 (7th Cir. 1992).

Section 1101(2) of the Bankruptcy Code provides that:

> (2) 'substantial consummation' means –
>     (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>     (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
>     (C) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered:

> 1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced and 4) when all motions, contested matters, and adversary proceedings have been resolved.

Wade, 991 F.2d at 407 n.2 (citing In re Mold Makers, Inc., 124 B.R. 766, 768-69 (Bankr. N.D. Ill. 1990)).

7. Debtor's estate has been fully administered for the following reasons:

   a. the order confirming the plan on July 7, 2009, has become final;

   b. payments under the plan have commenced with the Debtor's $8,951.77 payment to Harris, NA; and,

   c. there are no contested matters and no adversary proceeding to resolve.

8. Payments to the General Unsecured Creditors will begin after Harris, N.A. is paid in full for its secured claim.

9. The Debtor is current in the amounts owed to the United States Trustee's Office.

**WHEREFORE**, the Debtor and Debtor in Possession prays that this Honorable Court enter a final decree, closing this Chapter 11 case. Debtor asks for such other and further relief as may be just.

                Respectfully submitted,
                Brook Architecture, Inc.

By: /s/ Forrest L. Ingram
     One of its attorneys

Forrest L. Ingram , #3129032
Peter Berk
Patrick Lambe
Helena Milman
Gautham Kaveti
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858
(312) 759-2838 fx
fingram@fingramlaw.com