## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOK ARCHITECTURE, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-24913 |
| | ) | Hearing: 8/18/09 at 10:00 A.M. |

### FINAL DECREE

Whereas, the Debtor, Brook Architecture, Inc., filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the Northern District of Illinois on September 19, 2008;

Whereas, a Plan of Reorganization (the "Plan") was confirmed by an Order of this Court on July 7, 2009;

Whereas, the Debtor has commenced distribution under the Plan;

Whereas, no adversary proceedings have been filed in this case;

Whereas, the Debtor has remained in control of its property and continued to operate its business pursuant to the Plan;

Whereas, the Debtor is current in the payment of all fees to the United States Trustee;

Whereas, the Plan has therefore been substantially consummated;

Whereas, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of a final decree;

IT IS ORDERED:

1) The Debtor is discharged of all debts provided for in the Plan.

2) A Final Decree is hereby entered; and

3) The case is closed.

Dated: **1 8 AUG 2009**

BY THE COURT

The Honorable Eugene R. Wedoff
Bankruptcy Judge

This order was prepared by
FORREST L. INGRAM, P.C.

8